UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No.: CR05-215-MJP<br>)<br>)<br>) DETENTION ORDER<br>)<br>) |
| Plaintiff, | |
| v. | |
| MICHAEL A. VULCANO, | |
| Defendant. | |

<u>Offense charged</u>:

    Violation of conditions of bond.

<u>Date of Detention Hearing</u>:   Initial Appearance, October 12, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    The Pretrial Services Violation Report and Request for Warrant dated October 11, 2005, indicates the defendant has violated the conditions of his bond listed below, which were admitted by counsel:

        (a) General conditions of bond that he not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by

the Pretrial Services Officer, by using cocaine on or about September 23, 2005, and on or about September 30, 2005; and

(b) Special conditions of bond that he reside at the halfway house, by being terminated from the program on October 11, 2005.

IT IS THEREFORE ORDERED:

(1) That defendant's bond be revoked and he shall be detained pending the final adjudication of this case. Defendant shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of October, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge