UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR05-215-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| MICHAEL A. VULCANO, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on April 25, 2008. The United States was represented by Assistant United States Attorney Janet Freeman, and the defendant by Jennifer Horwitz. The proceedings were digitally recorded.

The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. § 1344. On or about November 18, 2005, defendant was sentenced by the Honorable Marsha J. Pechman to a term of twenty-four (24) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance-abuse program, financial disclosure, $77,645 restitution, submit to search, maintain single checking account; disclose all

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

assets and liabilities, and not transfer, sell, give away, or otherwise convey any asset without approval; prohibited from incurring new credit charges or opening additional lines of credit without approval; do not obtain or possess any driver's license, social security number, birth certificate, passport, or any other form of identification in any other name without approval.

In a Petition for Warrant or Summons dated January 18, 2008, U.S. Probation Officer Tammy M. White asserted the following violations by defendant of the conditions of his supervised release:

(1) Using cocaine on or before August 15, 2007, and October 9, 2007, in violation of standard condition #7.

(2) Failing to submit a truthful and complete written report within the first five days of the month for September, October, November, and December 2007, in violation of standard condition #2.

(3) Failing to report for urinalysis testing on November 5, 13, 19, and 27, 2007, in violation of special condition #1.

(4) Failing to notify the probation officer of a change in residence on or about November 10, 2007, in violation of standard condition #6.

On April 18, 2008, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On April 25, 2008, this matter came before the Court for an evidentiary hearing. After being advised of his rights, defendant admitted to violations 1, 3, and, 4. Alleged violation 2 was withdrawn and dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violations 1, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing has not been set before the Honorable Marsha J. Pechman

Pending a final determination by the Court, the defendant has been detained.

DATED this 25th day of April, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Marsha J. Pechman
    AUSA:                  Ms. Janet Freeman
    Defendant's attorney:  Ms. Jennifer Horwitz
    Probation officer:     Mr. Tammy M. White